```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 12441
    ANTHONY W GORDON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9646


-------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 04/04/2005 and was confirmed 06/15/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  13.87% from remaining funds.

     The case was paid in full 09/08/2008.
-------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------
ARCADIA FINANCIAL           SECURED             4500.00       605.09       4500.00
ARCADIA FINANCIAL           UNSECURED           5213.76          .00        723.25
ROBERT J ADAMS & ASSOC      PRIORITY         NOT FILED           .00           .00
ASPIRE                      UNSECURED           1068.06          .00        148.16
ROUNDUP FUNDING LLC         UNSECURED OTH        670.01          .00         92.93
INGALLS HOSPITAL            UNSECURED        NOT FILED           .00           .00
US CELLULAR                 UNSECURED        NOT FILED           .00           .00
ZTEL COMMUNICATIONS INC     UNSECURED        NOT FILED           .00           .00
ROBERT J ADAMS & ASSOC      REIMBURSEMENT      210.00            .00        210.00
ROBERT J ADAMS & ASSOC      DEBTOR ATTY       2,200.00                     2,200.00
TOM VAUGHN                  TRUSTEE                                          520.57
DEBTOR REFUND               REFUND                                           106.00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                    9,106.00

PRIORITY                                         210.00
SECURED                                        4,500.00
    INTEREST                                     605.09
UNSECURED                                        964.34
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                             520.57
DEBTOR REFUND                                    106.00
                        --------------      --------------
TOTALS                     9,106.00            9,106.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 12441 ANTHONY W GORDON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |